UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11221-NG

SEAN ELLIS

        Plaintiff

V.                  MAGISTRATE JUDGE _____

KATHLEEN M. DENNEHY, LOIS RUSSO,
in their official capacities as a Commissioner and
Superintendent respectively of the Commonwealth of Massachusetts;
THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

        Defendants

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

**VERIFIED COMPLAINT FOR EQUITABLE RELIEF/JURY DEMAND**

NATURE OF THE ACTION

1.      This action arises from Defendants' policies, customs and practices which have deprived and continue to deprive Plaintiff of the ability to practice his faith in violation of the United States Constitution, the Constitution of the Commonwealth of Massachusetts, and statutory rights. Plaintiff seeks declaratory and injunctive relief pursuant to 42 U.S.C. § 1983, the First and Fourteenth Amendments to the United States Constitution, the Religious Land Use and Institutionalized Persons Act of 2000, and the Constitution of the Commonwealth of Massachusetts.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over the federal claims in this action pursuant to 28 U.S.C. § 1343 and 28 U.S.C. § 1331 and supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

3.  Venue properly lies in the Eastern District of the District of Massachusetts pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's claims occurred in this District.

## THE PARTIES

4.  The Plaintiff, Sean Ellis, is a Massachusetts state prisoner currently incarcerated at Souza Baranowski Correctional Center ("SBCC") and at all times relevant to the alleged events was confined at SBCC, 1 Harvard Road, P.O. Box 8000, Shirley, Mass. 01464.

5.  The Defendant, Kathleen M. Dennehy ("Dennehy") is the Commissioner of the Commonwealth of Massachusetts Department of Correction ("DOC"). This Defendant is being sued in her official capacity.

6.  The Defendant Lois Russo ("Russo") is the Superintendent at SBCC. This Defendant is being sued in her official capacity.

## FACTUAL ALLEGATIONS

7. Defendants at all times relevant to this action were and are acting under color of state law.

8. DOC is a state agency. The DOC receives federal assistance.

### The Nation of Gods and Earths

9. The Nation of Gods and Earths ("Nation") is legally a religion.

10. The Nation began in 1964 when Allah, Clarence 13X Smith, left the Nation of Islam ("N.O.I.") and founded the Nation of Gods and Earths.

11. The Nation shares some tents with the N.O.I., including that white man is the devil and that the white man was made through a selective breeding process called grafting.

12. The Nation also has many tenets distinct from the N.O.I., including the Nation's belief that black men are Gods and that black women are Earths. The Nation's way of life and culture is predicated on a belief in God.

13. The Nation mandates that its members study and learn lessons, including the Book of Life, which comprises the Supreme Mathematics, the Supreme Alphabet and the 120 Degrees, on a daily basis. The study of these lessons is required to learn how to live a righteous life.

14. The 120 Degrees are lessons arranged in a question-and-answer format that represent the teachings of Master Fard Muhammad and Elijah Muhammad.

15. The Supreme Mathematics and the Supreme Alphabet were given to the Five Percenters by their Father Allah, Clarence 13X, as a way to understand Islam and man's relationship to the universe.

16. The Supreme mathematics and Supreme Alphabet are a form of numerology

whereby the universe and Islam are given meaning through the use of the Mathematics and Alphabet system. Pursuant to the Supreme Mathematics, each number has meaning. For example, the number one represents knowledge; the number two represents wisdom; and the number three represents understanding, the product of knowledge and wisdom.

17. The Supreme Mathematics are calibrated with the Supreme Alphabet. For example, "Allah" is the beginning of the alphabet and is coextensive with number one.

18. The Nation mandates attendance at rallies and "Parliaments," which are fundamental gatherings prescribed by Father Allah. Parliaments take place on the last Sunday of each month.

19. Additionally, members of the Nation observe holy days, including the birthdays of Master Fard Muhammad and Elijah Muhammad. Members of the Nation fast on the anniversary of the birth and of the death of Clarence 13X.

20. The nation has a cultural emblem commonly referred to as a Universal Flag that represents the Nation of Gods and Earths. It is comprises of a five-pointed star, symbolizing, among other things, the black child; a crescent moon, symbolizing, among other things, the black woman; the number "7", symbolizing, among other things, the Original Man; and an eight-pointed star, symbolizing, among other things, the eight lessons contained in the 120 Degrees. The words "In the Name of Allah" encircle the emblem. Members of the nation gain much understanding of Islam and the universe by studying and implementing the symbols in the flag in conjunction with the Supreme Mathematics and the Supreme Alphabet.

21. In addition to the 120 Degrees and formal lessons, many members of the Nation who have gained knowledge and understanding write their own "plus" lessons in which they expound on their understanding of the Nation's teachings. These lessons are shared with other members of the Nation.

22. Members of the Nation are taught through their lessons to teach their beliefs to others. This conforms with the definition of the Five Percent.

23. The nation believes that all poor righteous teachers fall within the Five Percent. The Five Percent teach freedom, justice, and equality to all human families of the planet earth and do not believe in the teachings of the Ten Percent. The nation teaches that the Ten Percent are those who live off the labor of the remaining Eighty-Five percent, the poor and unconscious masses who the Ten Percent enslave and mollify with their Eurocentric belief system in a "mystery God" that they cannot see.

24. Therefore, while members of the Nation are commonly referred to as "Five Percenters," membership in the Five Percent is broader than the Nation's membership and encompasses all of the poor righteous teachers who struggle against the Ten Percent, including all Muslims.

25. The Nation is legally a religion, not a gang. The Nation does not partake in unlawful activities.

### The Five Percenter Newspaper

26. Clarence 13X began the Allah Youth Center in Mecca, which is located in Harlem, New York, with the assistance of the City of New York and the Urban League.

27. It is from the Allah Youth Center in Mecca that The Five Percenter newspaper is published. This newspaper contains current events relevant to the Nation of Gods and Earths, information about community activities, letters to the editor, editorials, and important Five Percenter lessons, including teachings from the 120 Degrees and the Supreme Mathematics and Supreme Alphabet.

### Plaintiff's Membership in the Nation of Gods and Earth

28. Plaintiff is a member of the Nation.

29. He has been a member of the Nation since August 1999.

30. Plaintiff sincerely holds the beliefs described in paragraphs 11 through 25.

31. Plaintiff's beliefs and way of life as a member of the Nation hold the same significance to him that Christianity does to an observant Christian, or that Judaism does to an observant Jew.

32. Plaintiff observes the holy days.

33. Plaintiff studies the lessons he has available to him to which he has access only as a result of this pending lawsuit, on a daily basis.

34. Plaintiff needs access to the Five Percenter lessons, Supreme Alphabet, and 120 Degrees, and other teachings specific to the Nation, including *The Five Percenter* newspaper, to continue to grow and prosper in his way of life. There is no substitute for the lessons that these Five Percenter materials provide. Plaintiff has been denied access to all of these materials by DOCS officials.

### Statement of Facts

35. The Plaintiff is a sincere and devoted member of the NGE.

36. In or about April of 2003, during a shakedown at SBCC, the Unit H-2 correctional officer ("CO") after concluding a shakedown of cell 60 (Ellis' assigned cell) confiscated personal NGE material.

37.     Within a day or two, Ellis was called to the Inner Perimeter Security ("IPS") office and questioned about the confiscated material by IPS CO Melendez after which Ellis was given a portion back and informed that he was now under suspicion of being a Security Threat Group (STG) member.

38.     Sometime later on the morning of April 1, 2003, IPS Melendez served Ellis with two papers, one stating that Ellis had been identified as a STG member (i.e. Five Percenter) and the other which he signed and returned to dispute the STG claim.

39.     Ellis initiated a grievance (#320) on April 4, 2003, therein seeking the confiscated papers and destigmatization as a result of the STG identification. That grievance was denied on April 29, 2003.

40.     Ellis appealed the denial on May 5, 2003. That appeal was denied on or about May 22, 2003 reasoning that the identification as a STG member is not giveable.

41.     In accordance with 103 CMR 491, the grievance and grievance appeal #320 were further reviewed on or about 8-22-03 and the denial of the grievance was finalized.

42.     On or about June 23, 2003, at a meeting with IPS Melendez and subordinates was held wherein Ellis disputed any STG involvement and expressed his adherence to the tenets of the NGE. Ellis furthermore expressed that the NGE was not a STG nor affiliated with any STG.

43.     As a result of the meeting on July 28, 2003 via mail IPS informed Ellis that he had been validated as a member of a STG.

44. Responding to the STG appeal, the office of the DOC superintendent reaffirmed the STG validation on August 26, 2003.

45. On or about September 5, 2003, Ellis requested a special diet (i.e. Kosher meal) as a result of his sincere Cultural belief.

46. The DOC answered this request on September 16, 2003, by stating that the NGE was not listed as a DOC approved religion to receive the Kosher diet and thus Ellis must complete another special diet request form listing his religion differently in order to be considered for the Kosher diet.

47. October 30, 2003, Ellis filled out an Inmate Religious Service Request form with a supporting affidavits wherein he outlined in detail the history and teaching of the NGE.

48. Within the Inmate Religious Service Request form, Ellis specifically requested that he be given his material back as stated in grievance No. 320, that his dietary request be granted, that there be recognition of the NGE as a Culture which is legally afforded 1st Amendment protection, and that he be allowed to adhere to its principles and tenets, and that he be allowed to assemble with other adherents.

49. Lastly he requested that he as an adherent of the NGE that he be free from the STG stigma.

50. In the interim, on November 21, 2003, Ellis requested that he be allowed to consume a Kosher meal at least until the Religious Service Request Committee (" RSRC") rendered a decision.

51.     The DOC responded by telling Ellis that he could not approve Ellis for a Kosher diet until a decision had been made regarding the matter.

52..    After failing to receive a response from the RSRC, on January 2, 2004 Ellis filed a grievance No. 2282 grieving all matters put before the RSRC with the exception of the issues previously exhausted in grievance No. 320.

53..    The DOC denied the grievance No. 2282 with the reason being that the RSRC would render a decision soon.

54.     Sometime thereafter, Ellis received correspondence from Dennehy informing him that his request for a Kosher diet as a member of the NGE was denied, and the request that the NGE be recognized by the DOC was denied as well.

55..    On March 10, 2004, Ellis appealed the matters of grievance No. 2282 requesting that the DOC acknowledge his First Amendment rights by granting everything requested in grievance No. 2282.

56.     The DOC denied the appeal on April 14, 2004 stating that the grievance in question had been thoroughly reviewed and the inmate was properly denied his Kosher diet and his religious affiliations.

57.     On March 8, 2004, sometime between 1:00-1:30 p.m., Ellis was called to the IPS office by Melendez and questioned about the arrival of The Five Percenter Newspaper. During this encounter IPS CO Melendez stated he was aware of Ellis' attempts to gain recognition for NGE and that he felt that Ellis was disrespecting him by ordering a subscription of the newspaper.

Melendez said that he could shakedown Ellis' cell and find a reason to lug him and have him transferred to MCI Walpole.

58.  Ellis was later asked how he wished to dispose of the newspaper, to which he told Melendez to follow protocol regarding contraband mail.

59.  The following day, Ellis received a contraband notice from the mail room staff that stated that as a whole, or in significant part, the newspaper violated the provisions of Code of Mass. Regulation 103 CMR 481.15(2)(E) and (F).

60..  Ellis wrote to the DOC on March 15, 2004, pursuant to 103 CMR 481.16(4), requesting to view the relevant portion for the purpose of filing a meaningful appeal.

61.  The DOC denied the request. The denial of the chance to review the relevant portion of the newspaper and the decision to contraband it was appealed on March 27, 2004.

62..  The DOC denied the appeal on April 2, 2004, and Ellis mailed out the newspaper.

63.  Ellis grieved the matter (grievance No. 3573) and this grievance was denied by concurring with the previous administrative decisions. Ellis appealed this denial which was also denied on May 20, 2004.

64.  June 17, 2004, McGee wrote Ficco seeking recognition of NGE as a Cultural organization, along with the allowance to assemble with other adherents and the ability to consume a Kosher diet under the auspices of the NGE.

65. Another issue of the newspaper arrived on June 19, 2004, and was contra banded by a C.O. Burke per 103 CMR 430.

66. Ellis appealed the decision to contraband newspaper to Defendant Russo on June 24, 2004, arguing 103 CMR 430, was not applicable.

67. That appeal was denied the appeal on July 7, 2004.

68. At approximately 8:50 a.m., July 20, 2004, Ellis was summoned to the IPS office per order of a Captain Brannan to receive some advice and the opportunity to inspect the newspaper.

69. The IPS officer failed to show Ellis a specific article or page identified as contraband, but informed Ellis that the newspaper itself was considered contraband by the DOC.

70. Ellis was advised via insinuation that he would be punished if he continued to grieve this matter as such actions could not be tolerated at the institution.

71. Instead it was stated at that meeting that the DOC considered the newspaper itself as contraband.

72. The Defendants are continuing to deny Plaintiff access to the Five Percenter newspaper, the 120 Degrees, the Supreme Alphabet and the Supreme Mathematics, and the ability to meet with others sharing his beliefs based upon the previous grievance and appeal denials made by their predecessors in office.

## COUNTS FOR RELIEF

### FIRST CAUSE OF ACTION

FREE EXERCISE OF RELIGION AND OF ASSEMBLY AS GUARANTEED BY THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, PURSUANT TO 42 U.S.C., § 1993, AS AGAINST DEFENDANTS

73. Plaintiff repeats and re-alleges paragraphs 1 to 72 as though fully set forth herein.

74. The policies, customs and practices in which Defendants engage under color of State law have deprived and continue to deprive Plaintiff of the right to free exercise of religion as secured to him by the First and Fourteenth Amendments to the United States Constitution.

75. As a result of this violation, Plaintiff has endured great and irreparable loss, damage and injury. Unless this Court orders Defendants to provide Plaintiff with access to *The Five Percenter* newspaper and other Five Percenter literature and to allow Plaintiff to congregate with other members of the Nation, Plaintiff will continue to suffer irreparable harm.

### SECOND CAUSE OF ACTION

FREE EXERCISE OF RELIGION AS PROVIDED FOR BY THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT OF 2000, 42 U.S.C. § 2000cc, AS AGAINST DEFENDANTS

76. Plaintiff repeats and re-alleges paragraphs 1 to 72 as though fully set forth herein.

77. The policies, customs and practices in which Defendants engage under color of State law impose a substantial burden on Plaintiff's religious exercise in violation of the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000-cc.

78. As a result of this violation, Plaintiff has endured great and irreparable loss, damage and injury. Unless this Court orders Defendants to provide Plaintiff with access to *The Five Percenter* newspaper and other Five Percenter literature and to allow Plaintiff to congregate

with other members of the Nation, Plaintiff will continue to suffer irreparable harm.

### THIRD CAUSE OF ACTION

### FREEDOM OF EXPRESSION AS GUARANTEED BY THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATED CONSTITUTION, PURSUANT TO 42 U.S.C. § 1983, AS AGAINST DEFENDANTS

79. Plaintiff repeats and re-alleges paragraphs 1 to 72 as though fully set forth herein.

80. The policies, customs and practices in which Defendants engage under color of State law deprive Plaintiff of the right to free speech as secured to him by the First and Fourteenth Amendments to the United States Constitution.

81. As a result of this violation, Plaintiff has endured great and irreparable loss, damage and injury. Unless this Court orders Defendants to provide Plaintiff with access to *The Five Percenter* newspaper and other Five Percenter literature, Plaintiff will continue to suffer irreparable harm.

### FOURTH CAUSE OF ACTION

### DUE PROCESS AS GUARANTEED BY THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, PURSUANT TO 42 U.S.C. § 1983, AGAINST DEFENDANTS

82. Plaintiff repeats and re-alleges paragraphs 1 to 72 as though fully set forth herein.

83. Under color of State law, Defendants, by their policies, customs, practices and o missions, have denied Plaintiff his Fourteenth Amendment rights by depriving Plaintiff of his property without due process.

84. As a result of Defendants' actions and omissions, Plaintiff has endured great and irreparable loss, damage and injury. Unless this Court orders Defendants to provide Plaintiff

with access to *The Five Percenter* newspaper and other Five Percenter literature, Plaintiff will continue to suffer irreparable harm.

### FIFTH CAUSE OF ACTION

### FREE EXERCISE OF RELIGION AS PROVIDED BY PART I, ARTICLE II, OF THE DECLARATION OF RIGHTS OF THE CONSTITUTION OF THE COMMONWEALTH OF MASSACHUSETTS

85. Plaintiff repeats and re-alleges paragraphs 1 to 72 as though fully set forth herein.

86. Defendants' conduct and policies deprive Plaintiff of his right to free exercise of religion as secured to him by Part I, Article II of the Declaration of Rights of the Massachusetts Constitution.

87. As a result of this violation, Plaintiff has endured and continues to endure great and irreparable loss, damage, and injury. Unless this Court orders Defendants to provide Plaintiff with access to *The Five Percenter* newspaper and other Five Percenter literature, and to allow Plaintiff to congregate with other members of the Nation, Plaintiff will continue to suffer irreparable harm.

### PRAY FOR RELIEF

Plaintiff seeks judgment:

a. declaring that Defendants' actions and omissions violated Plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution; the Religious Land Use and Institutionalized Persons Act of 2000; and Part I, Article II of the Massachusetts Declaration of Rights of the Massachusetts Constitution;

b. enjoining Defendants, preliminarily and permanently, from denying Plaintiff access to the Five Percenter materials, from categorizing him as a STG solely because of being in the Nation of Gods and Earths, and from not allowing him to congregate with fellow members of

the Nation of Gods and Earths;

    c.    awarding Plaintiff attorneys' fees as well as costs and disbursements incurred in this action; and

    d.    granting such other and further relief as the Court may deem just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE

The plead facts of this Complaint are signed under the pains and penalties of perjury this date: 12 Aug 05

SEAN ELLIS

Plaintiff by his attorney,

Valeriano Diviacchi
BBO# 555940
Diviacchi Law Office
59 Temple Place   Suite 507
Boston, MA 02111
(617) 542-3175

Date: 12 Aug 05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Ellis v.__
   __Dennehy et al__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
            740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   __Mohammed v. DiPaolo     99-11842__

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   __No__

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? __No__
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __No__

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES___ __No__ ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES __No__

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES __No__ (a)  IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Eastern__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION __No__ _____ OR WESTERN SECTION __No__

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Valeriano Diviacchi__
ADDRESS __59 Temple Place #507 Boston MA 02111__
TELEPHONE NO. __617-542-3175__

(Category.frm - 09/92)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Sean Ellis

**DEFENDANTS**
Kathleen M. Dennehy, Lois Russo, Commonwealth of Massachusetts

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Valeriano Diviacchi
59 Temple Place #507
Boston, MA. 02111-1307
617-542-3175

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
42 U.S.C. §1983, 42 U.S.C. § 2000cc

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE Gertner   DOCKET NUMBER 99-11842

DATE 10 June 05
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT