UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| SEAN ELLIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KATHLEEN DENNEHY, ) | District Court Docket No. |
| LOIS RUSSO, ) | 05-CV-11221-NG |
| THE COMMONWEALTH OF MASSACHUSETTS) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

_____)

### DEFENDANTS' NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5(a), please enter our appearance as counsel for the defendants KATHLEEN DENNEHY, LOIS RUSSO and the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION in the above-entitled civil action.

Thank you.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated:  June 29, 2005                 _/s/ Joan T. Kennedy_____
                                      Joan T. Kennedy, Counsel
                                      BBO#554935
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite #600
                                      Boston, MA 02110-1300
                                      Tel. (617) 727-3300, Ext. 160


<u>CERTIFICATE OF SERVICE</u>

    I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic and first class mail, postage prepaid, to him at:  Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: June 29, 2005              ____/s/ Joan T. Kennedy_____
                                  Joan T. Kennedy