# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

James Ellis

V.

Lois Russo et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11221 NG

TO: (Name and address of Defendant)

Lois Russo, Superintendent
Souza Baranowski Correctional Center
Shirley, MA. 01464

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Valeriano Diviacchi
59 Temple Place #507
Boston, MA. 02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 10 2005

CLERK

(By) DEPUTY CLERK

NAM

C

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 16, 2005

I hereby certify and return that on 6/15/2005 at 2:10PM I served a true and attested copy of the SUMMONS AND VERIFIED COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARIE SAZONICK, agent, person in charge at the time of service for LOIS RUSSO, SUPERINTENDENT, at , HARVARD Road, SOUZA BARANOWSKI Shirley, MA 01464. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($17.68) Total Charges $58.18

*Gerard N Whitman*

Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                        Signature of Server

                                  _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.