# UNITED STATES DISTRICT COURT

_____ District of __Massachusetts__

SEAN ELLIS

V.

Kathleen N. Dennehy et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11221 NG**

TO: (Name and address of Defendant)

Kathleen N. Dennehy
Commissioner, MA Department of Correction
50 Maple St., Suite 3
Milford, MA. 01757-X 4P

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Valeriano Diviacchi
59 Temple Place #507
Boston, MA. 02111-1307

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 10 2005

CLERK _____ DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/15/2005

I hereby certify and return that on 06/14/2005 at 12:25pm I served a true and attested copy of the Summons and Verified Complaint, Jury Demand in this action in the following manner: To wit, by delivering in hand to GERRI KINGKODE, agent, person in charge at the time of service for KATHLEEN M. DENNEHY AT DEPARTMENT OF CORRECTION at 50 MAPLE ST, MILFORD, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Ronald E Richard

*Ronald E Richard*
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.