# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Sean Ellis

V.

Commonwealth of Massachusetts Department of Correction

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11221 NG**

TO: (Name and address of Defendant)

Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA. 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Valeriano Diviacchi
59 Temple Place # 507
Boston, MA. 02111

an answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

JUN 1 0 2005

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 22, 2005

I hereby certify and return that on 6/21/2005 at 9:10AM I served a true and attested copy of the Summons and Verified Complaint in this action in the following manner: To wit, by delivering in hand to A.Chandler, in the office of the Attorney General, agent and person in charge at the time of service for Commonwealth Of Massachusetts Department, at , One Ashburton Place, c/o Attorney General's office Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Robert Foscaldo

Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*