UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN ELLIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| KATHLEEN DENNEHY, ) | District Court Docket No. |
| LOIS RUSSO, ) | 05-CV-11221-NG |
| THE COMMONWEALTH OF MASSACHUSETTS ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants request that the Court enlarge the time by which defendants may respond to plaintiff's Complaint, **up to and including July 15, 2005.**

As reasons for this enlargement of time, defendants' counsel states the following: the undersigned counsel was assigned to represent the defendants in the above-captioned civil action on June 27, 2005. However, one of the two individuals named in plaintiff's Complaint, Souza Baranowski Correctional Center ("SBCC") Superintendent Lois Russo, has been on vacation this week and next week. Defendant Russo does not return to SBCC until July 11, 2005.

Defendants' counsel, in good faith, has attempted to confer with plaintiff's counsel to seek his assent to this brief enlargement of time by calling his office on Wednesday, June 29, 2005 at 2:40 PM and leaving a voicemail message as to her purpose and duly filed her notice of appearance electronically on June 29, 2005 at 3:30 PM. Also, on June 29, 2005, defendants'

counsel sent, via first class mail, a request to plaintiff's counsel for his acquiescence to this brief extension of time, along with a written copy of her notice of appearance. However, defendants' counsel, to date, has never received any reply from plaintiff's counsel.

Where a copy of the Complaint was served upon Department of Correction Commissioner Kathleen M. Dennehy on June 14, 2005 and on SBCC Superintendent Lois Russo on June 15, 2005, time is of the essence. Thus, in order to preserve her clients' rights to rigorously defend this civil action, the undersigned counsel has filed this motion to enlarge.

WHEREFORE: Defendants respectfully request that the Court allow their motion to enlarge and permit defendants to file their Answer or other dispositive motion **up to and including July 15, 2005.**

                                        Respectfully submitted,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Dated: July 1, 2005                /s/ Joan T. Kennedy_____
                                        Joan T. Kennedy, Counsel
                                        BBO#554935
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite #600
                                        Boston, MA 02110-1300
                                        Tel. (617) 727-3300, Ext. 160

<u>CERTIFICATE OF SERVICE</u>

    I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic filing of same and via first class mail, postage prepaid, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 1, 2005                  /s/ Joan T. Kennedy_____
                                        Joan T. Kennedy