UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,                                                              C.A. No. 05-11221-NG

      Plaintiff

      v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH  OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

      Defendants.

<u>DEFENDANTS' CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)</u>

I, Joan T. Kennedy, counsel for defendants in the above-captioned civil action, hereby

certify as follows:

1.       I have attempted to confer with plaintiff's counsel, Valierano Diviacchi, Esq., of

Diviacchi Law Office, via telephone on June 29, 2005 at 2:40 PM regarding defendants'

request for an enlargement of time in which to answer the Complaint, up to and including

July 15, 2005.   On that date, I left him a voicemail message identifying the civil action,

myself and the basis for my request for an enlargement of time, i.e., one of the two

defendants, Lois Russo, is away on vacation and does not return until July 11, 2005.  I

left my telephone number and requested that attorney Diviacchi contact me.

2.       Also, on June 29, 2005, I filed my electronic notice of appearance for defendants

in the above-captioned civil action with the United States District Court Civil Clerk's

Office.

3.      Additionally, on June 29, 2005, I mailed defendants' notice of appearance to

plaintiff's counsel's office via first class mail, postage prepaid.

4.      However, as of 3 PM on Friday July 1, 2005, I have not received a telephone call

in reply, from plaintiff's counsel, informing me whether or not he assents-to or opposes

my motion for an enlargement of time to answer.


*Signed under the pains and penalties of perjury this 1st day of  July, 2005.*

                              _____s/ Joan T. Kennedy_____
                                   Joan T. Kennedy



                         CERTIFICATE OF SERVICE

        I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I
served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq.,
by electronic filing of same and via first class mail, postage prepaid, to him at:  Diviacchi
Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 1, 2005                     _____/s/ Joan T. Kennedy_____
                                          Joan T. Kennedy