UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN ELLIS,            )<br>                       )<br>      Plaintiff     )<br>                       )<br>v.                     )<br>                       )<br>KATHLEEN DENNEHY,      )<br>LOIS RUSSO,            )<br>THE COMMONWEALTH OF MASSACHUSETTS)<br>DEPARTMENT OF CORRECTION, )<br>                       )<br>      Defendants.      )<br>                       ) | District Court Docket No.<br>05-CV-11221-NG |

**DEFENDANTS' MOTION TO ENLARGE THE TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
AND REQUEST FOR AN IMMEDIATE HEARING**

Defendants request that the Court enlarge the time by which defendants may respond to plaintiff's Complaint, **up to and including July 29, 2005.**

As reasons for this enlargement of time, defendants' counsel states the following: the undersigned counsel received plaintiff's motion for a preliminary injunction and request for an immediate hearing on July 6, 2005. However, one of the two individuals named in plaintiff's Complaint, Souza Baranowski Correctional Center ("SBCC") Superintendent Lois Russo, has been on vacation and has returned to work today: July 11, 2005.

Defendants' counsel, in good faith, attempted to confer with plaintiff's counsel to seek his assent to this brief enlargement of time and called his office on Monday, July 11, 2005.

Plaintiff's counsel refused to assent to any enlargement of time and hung up the telephone before defendants' counsel could state the amount of time sought for the extension or the basis.

A copy of the motion for a preliminary injunction and request for an immediate hearing along with related exhibits, some of which could not be scanned, was served on defendants' counsel on July 6, 2005. Thus, in order to preserve her clients' rights to rigorously defend this request for a preliminary injunction and immediate hearing, the undersigned counsel seeks this brief enlargement of time.

WHEREFORE: Defendants respectfully request that the Court allow their motion to enlarge and permit defendants to file their Opposition to Plaintiff's Motion for a Preliminary Injunction, **up to and including July 29, 2005.**

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: July 11, 2005         /s/ Joan T. Kennedy
Joan T. Kennedy, Counsel
BBO#554935
Legal Division
Department of Correction
70 Franklin Street, Suite #600
Boston, MA 02110-1300
Tel. (617) 727-3300, Ext. 160

CERTIFICATE OF SERVICE

I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic filing of same and via first class mail, postage prepaid, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 11, 2005         /s/ Joan T. Kennedy
Joan T. Kennedy

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,            C.A. No. 05-11221-NG

    Plaintiff

    v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

    Defendants.

## AFFIDAVIT OF JOAN T. KENNEDY

I, Joan T. Kennedy, hereby depose and state:

1. I am the attorney of record for the defendants in the above-entitled civil action and licensed to practice in the state and federal courts.

2. On July 6, 2005, I received plaintiff's motion for a preliminary injunction and request for an immediate hearing along with the related exhibits.

3. Whereas one of the defendants has been away on vacation and just returned today, Souza Baransowksi Correctional Center Superintendent Lois Russo, I called plaintiff's counsel on July 11, 2005 at 9:30 AM to request a brief enlargement of time for defendants to file their Opposition.

4. Plaintiff's counsel, Valierano Diviacchi, refused to assent to my motion for an enlargement.

5. However, before I could inform him as to the day I was seeking to enlarge defendants' time to file an Opposition, or indeed, even the basis, Mr. Diviacchi

hung up the telephone on me in mid-sentence. Our conversation lasted approximately fifteen seconds.

*Signed under the pains and penalties of perjury this 11th day of July, 2005.*

           _____s/ Joan T. Kennedy_____
              Joan T. Kennedy

CERTIFICATE OF SERVICE

 I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic and first class mail, postage prepaid, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 11, 2005       _____/s/ Joan T. Kennedy_____
                Joan T. Kennedy