UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,                                                                         C.A. No. 05-11221-NG

    Plaintiff

    v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

    Defendants.

<u>DEFENDANTS' CERTIFICATE OF COMPLIANCE</u>
<u>WITH LOCAL RULE 7.1(A)(2)</u>

I, Joan T. Kennedy, counsel for defendants in the above-captioned civil action, hereby certify as follows:

1. I have attempted to confer with plaintiff's counsel, Valierano Diviacchi, Esq., of Diviacchi Law Office, via telephone on July 11,2005 at 9:30 AM regarding defendants' request for an enlargement of time in which to file their Opposition to plaintiff's Motion For A Preliminary Injunction, up to and including July 29, 2005.

2. In our telephone conversation, Mr. Diviacchi refused to assent to my request for an enlargement for time and hung up the telephone before I could tell him the date that I was seeking or the basis for my enlargement of time.

2

CERTIFICATE OF SERVICE

    I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic and first class mail, postage prepaid, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 11, 2005             /s/ Joan T. Kennedy
                                         Joan T. Kennedy