UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN ELLIS,<br><br>      Plaintiff<br><br>v.<br><br>KATHLEEN DENNEHY,<br>LOIS RUSSO,<br>THE COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF CORRECTION,<br><br>      Defendants. | District Court Docket No.<br>05-CV-11221-NG |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR AN IMMEDIATE HEARING

Defendants OPPOSE plaintiff's motion for a preliminary injunction an immediate hearing.

Defendants respectfully refer the Court to their attached memorandum of law.

                              Respectfully submitted,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General

Dated: July 29, 2005           /s/ Joan T. Kennedy_____
                                        Joan T. Kennedy, Counsel
                                        BBO#554935
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite #600
                                        Boston, MA 02110-1300
                                        Tel. (617) 727-3300, Ext. 160

## CERTIFICATE OF SERVICE

      I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic filing of same and via first class mail, postage prepaid, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: July 29, 2005          /s/ Joan T. Kennedy
                                          Joan T. Kennedy