UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.

---

SEAN ELLIS

        Plaintiff

V.

KATHLEEN M. DENNEHY, LOIS RUSSO,
in their official capacities as a Commissioner and
Superintendent respectively of the Commonwealth of Massachusetts;
THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

        Defendants

---

### AFFIDAVIT OF TED SWEDENBURG

I, Ted Swedenburg, Professor of Anthropology and Middle East Studies at the University of Arkansas-Fayetteville have been asked by the plaintiff to testify on his behalf and offer my opinions concerning matters within my expertise, including the religious nature of the Nation of Gods and Earths (also referred to as Five Percenters) and state the following to be true upon my own personal knowledge:

**I.    BACKGROUND AND QUALIFICATIONS**

1. I did my undergraduate studies at Swarthmore College and the American University of Beirut from 1968 to 1974. I received my Master of Arts in History (Middle East) from the University of Texas-Austin in 1980, and completed my doctorate in Cultural Anthropology (Middle East concentration) at the University of Texas-Austin in 1988.

2. I taught in the departments of Anthropology, Religious Studies, and Near Eastern

1

Languages and Civilizations at the University of Washington-Seattle as a Visiting Assistant Professor and as an adjunct from 1988 to 1991. In 1992 I joined the faculty of the American University in Cairo as an Assistant Professor in the Department of Sociology-Anthropology-Psychology, where I taught until 1996. In 1996 I joined the faculty of the University of Arkansas-Fayetteville. From 1996 through 2000 I was Assistant Professor of Anthropology from 2000 to 2003, Associate Professor of Anthropology, and since 2003, Professor of Anthropology. I have also been a member of the faculty of the King Fahd Center for Middle East and Islamic Studies at the University of Arkansas since 1996. A copy of my *curriculum vitae* is attached to this report as Exhibit "A."

3. Among my areas of expertise is African-American Islamic movements, heterodox Islamic "sects" in the Middle East, and popular music, with a special focus on Islamic rap music. I have published a number of articles about Middle Eastern and Middle-Eastern related popular music (including Islamic hip-hop), and am working on a book manuscript on this subject, to be published by Duke University Press. In addition, my teaching responsibilities at the University of Arkansas include courses on Cultural Anthropology, Race and Ethnicity, Popular Culture and a range of courses on the Middle East in which Islam is a key component.

## II. MATERIALS CONSIDERED

4. For this report, I am drawing upon all books, articles, musical texts, and interviews that I have used over the past seventeen years in the course of my studies of African-American Islam and Islamic hip-hop (in the United States, France and the U.K.).

## III. COMPENSATION

5. I am participating in this case on a pro bono basis and am not charging for my

time and effort. I understand, however, that I will be reimbursed for my out-of-pocket expenses arising from this case.

### IV. PREVIOUS CASES

6.  During the past four years, I have testified, been deposed, or submitted an expert report in the case of <u>Marria v. Broaddus</u> U.S. District Court for the Southern District of New York C.A. No. 97-8297.

### V. STATEMENT OF OPINIONS AND THEIR BASES

7.  In connection with this case, I have considered and will offer testimony concerning:

   A.  The anthropological definition of religion.
   B.  How the beliefs and practices of the Nation of Gods and Earths accord with standard definitions of religion.
   C.  The relationship between the Nation of Gods and Earths and other recognized religions.

#### A. ANTHROPOLOGICAL DEFINITION OF RELIGION

8.  From the perspective of the discipline of anthropology, the Nation of Gods and Earths (henceforth, the Nation) clearly constitutes a religion. Anthropologist John Bowen, in a standard text (*Religions in Practice: An Approach to the Anthropology of Religion*, 2002), defines religion as "ideas and practices that postulate reality beyond that which is immediately available to the senses." (p. 5.) In addition, Bowen views religious traditions as "ever-changing complexes of beliefs (including those authoritative beliefs called 'doctrine'), practices (including formalized rituals), and social institutions." (p. 4.) Bowen, in his study of the anthropology of religion, is also very concerned with religious practices, that is, how beliefs in the sacred or the

3

divine are materialized through everyday action. Finally Bowen takes care to explain: "What we call religion may look quite different from one society to another—in the relative importance of a shared belief system, in the degree to which religious practice involves strong emotions, and in the social functions and contexts associated with religious practices." (p.5.)

### B. HOW THE BELIEFS AND PRACTICES OF THE NATION OF GODS AND EARTHS ACCORD WITH STANDARD DEFINITIONS OF RELIGION

9. As far as a relation to the divine or the sacred, the Nation teaches that divinity resides within, that the Black Man himself (one who has knowledge of self) is a God. Divinity, according to the Nation, is manifest here on earth, in humanity, and does not reside in some other, supernatural dimension. The Nation distinguishes itself from other religions (chiefly Christianity) that assert the existence of a Supreme Being external to humanity. These religions, according to the Nation, have used the notion of a "mystery god" and an afterlife to hoodwink, suppress, and enslave black people. In the understanding of the Nation, traditional Judeo-Christian views of the afterlife serve to mollify and pacify the masses.

10. The Nation asserts that it is not a religion but a "way of life." It should be understood that this claim is made in order to distinguish the Nation from religions which have used the notion of a "mystery god" to exploit black people. The Nation also wants to assert its distinction from "religions" which have been the cause of sectarian strife and conflict. From an anthropological point of view, this claim in no way negates the Nation's essential religious character. Instead, such assertions simply constitute another facet of the Nation's belief system, and confirm the Nation's religious character.

11. In addition to having a conception of the divine or the sacred, the Nation constitutes a religion in terms of how it is practiced. For analytical purposes, the Nation's everyday religious manifestations could be broken down as follows: (a) beliefs; (b) rituals and community celebrations; (c) symbols; (d) holy days; (e) teaching/proselytism; and (f) structure.

4

12. The beliefs of the Nation of Gods and Earths are articulated through a number of means. The basic written texts for the Nation are the 120 Degrees (also known as the "Lost-Found Muslim Lessons"), a set of questions given by Master Fard Muhammad and answered by Elijah Muhammad, as well as the Supreme Mathematics and the Supreme Alphabet, the teachings of Allah (the Father), the founder of the Nation. These texts constitute the bases of the nation's belief system, the keys to understanding the universe and man's relationship to it. The Bible and Quran are also important texts for Nation members to study. The Nation's beliefs are also articulated through various publications (such as the monthly newspaper published by Allah School in New York City, *The Five Percenter*), pamphlets and articles written by Gods (male adherents of the Nation) and Earths (female adherents), on websites (such as http://www/allahsnation.net), individual oral teachings, and at rituals and community events. The main themes of these teachings are: calls to education, self-improvement, self-worth and calls for peace within the community.

13. Because the Nation is a non-hierarchical and decentralized organization (see below, paragraph 18), newspapers like *The Five Percenter* are very important vehicles for communicating with the Nation's adherents, explaining and elaborating upon the Nation's basic teachings, conveying information about Nation activities, and commenting upon current social and political affairs from the Nation's perspective. Over the last eight years, *The Five Percenter* has, among other things: reprinted excerpts from the writings of Kahlil Gibran; enjoined members to read books, asserted that the Father (Allah) "taught us that we should not be anti-white" and that the Nation's message is a universal message; underlined that the Nation is not a gang; and enjoined male adherents (Gods) to treat Earths (women adherents) with respect and not to be God-arrogant.

14. Important rituals and community celebrations for the Nation include parliaments (monthly gatherings of members) and rallies, Show and Prove Science Fairs (where youths present science projects); and Family Day.

5

15. The key symbol for the Nation is the Universal Flag, a seven-pointed star with a star and crescent and the number "7" inside, encircled by the words, "In the Name of Allah." "7" in the Nation's cosmology signifies God, the supreme black man; the letter "G," the 7th letter of the alphabet, also stands for God. The Universal Flag shows up on virtually all of the Nation's publications, is used as a banner, and is emblazoned on jackets and sweatshirts worn by Gods, and worn as a pendant.

16. Members of the Nation observe the birthdays of Elijah Muhammad (founder of the Nation of Islam), Allah (founder of the Nation of Gods and Earths), and Master Fard Muhammad as holy days.

17. Adherents of the Nation of Gods and Earths are encouraged to teach. As members of the Five Percent who have "knowledge of self," it is their duty to bring their knowledge, that they call "science," to the Eighty-Five Percent, the mentally deaf, dumb and blind who are exploited by the Ten Percent, the bloodsuckers of the poor, who mystify and exploit the poor with their notion of a "mystery god."

18. Not only do the Gods preach their message in the street, but also many of them have used the medium of rap music to bring their message to the masses. Members of the Nation of Gods and Earths, as well as sympathizers with the Nation and its teachings, have been among the most socially important and commercially successful hip-hop artists, and it is in part due to their efforts that the Nation has gained increasing numbers of adherents throughout the United States. Among the major artists who belong (or have belonged) to the Nation or are closely allied with the Nation are : Eric B. and Rakim, the Wu-Tang Clan (including the late Old Dirty Bastard, Method Man, Ghostface Killah, Raekwon, and RZA), Busta Rhymes, Erykah Badu, Digable Planets, and Poor Righteous Teachers. Many of these Islamic rappers have played a major role in the building of a "positive" trend in rap music, as contrasted with the "gangsta" trend. ("Positive" rap focuses on issues of social concern to African-Americans, promotes education and ethnic pride, and seeks to eliminate destructive behavior within the community.

6

"Gangsta" rap, on the other hand, tends to celebrate and glamorize the "thug life:" pimping, drug-dealing, violent confrontation, and the like.)

19.     The organization of the Nation of Gods and Earths is non-hierarchical and rather informal. The non-hierarchical system is in keeping with the Nation's belief system, which asserts that the formal hierarchies of mainstream religions have been a cause of sectarian strife and oppression of the masses. Nonetheless, chapters of the Nation are found throughout the United States, and, there is a kind of decentralized organization structure. Nation chapters in cities throughout the United States meet monthly in parliaments. A key organization is the Allah School in New York City, which offers "civilization classes," has established a Correspondence Committee that maintains contact with Gods who are incarcerated, publishes the newspaper, *The Five Percenter*, and organizes other activities. Chapters in other cities have also organized schools, but the Allah School is the oldest and perhaps the most important. In addition, while the Nation has no organized hierarchy, it does have elder members who younger Gods recognize and respect informally for their superior knowledge and wisdom.

### C.    THE RELATIONSHIP BETWEEN THE NATION OF GODS AND EARTHS AND OTHER RECOGNIZED RELIGIONS

20.     The Nation of Gods and Earths is one among many religious groups within an Islamic orbit that grew up within the African-American community during the twentieth century and that preached a message of black empowerment. The most important of such predecessors of the Nation of Gods and Earths are the Moorish Science Temple (whose founder, Noble Drew Ali, preached that blacks were original Asiatic men, with a Moorish identity) and the Nation of Islam, founded by Master Fard Muhammad and Elijah Muhammad, of which the Nation of Gods and Earths is an offshoot. Black nationalist beliefs have a long pedigree within African-American religious traditions, and particularly within religious groups in the Islamic sphere.

21.     The Nations' preaching of the divinity of man is one that is shared by a number of

other religions. One encounters Gnostic tendencies in various brands of Christianity, Judaism, and Islam, especially in Sufi and Shi'ite spheres (including heterodox Shi'ite sects like Isma'ilism and Druze). In Gnostic conceptions, God is conceived as a spirit that is manifested in man and only in man. For the Druze, the founder al-Hakim is God in person; for Ismai'ilis, the imams are embodiments of divine light, and they show the divine potential of man. The Nation could be regarded as simply giving Gnostic conception of divinity an afrocentric interpretation.

22. The use of numbers and letters to divine the secrets of the universe is also a practice shared by other religions. Such beliefs are basic to the Jewish Kabbala, and are also shared by Isma ilis and Druze, esoteric offshoots from mainstream Islamic Shi ism.

23. The catechistic organization of the 120 Degrees ( Lost-Found Muslim Lessons ) is similar in structure to the Roman Catholic catechism and that used by the Masons.

24. The Nation is eclectic in its influences, and draws on a number of sources in its system of beliefs and practices. Members of the Nation read the Quran and the Bible for relevant lessons and teachings. Such a combination of apparently heterogeneous elements in the making of a religious belief system is very common cross-culturally, and is given the name of syncretism by anthropologists.

25. For the preceding reasons, it is my opinion that the Nation of Gods and Earths meets the criteria that define a distinct religion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DATE: 6/1/05

_T. Swedenburg_
TED SWEDENBURG

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

_____
|                                       )
| SEAN ELLIS,                           )
|                                       )
|        Plaintiff                      )
|                                       )
| v.                                    )
|                                       )
| KATHLEEN DENNEHY,                     )    District Court Docket No.
| LOIS RUSSO,                           )    05-CV-11221-NG
| THE COMMONWEALTH OF MASSACHUSETTS)
| DEPARTMENT OF CORRECTION,             )
|                                       )
|        Defendants.                    )
|_____)

## ORDER TO DEPOSE THE PLAINTIFF SEAN ELIS

Pursuant to Fed. R. Civ. P. 30(a)(2), the Court hereby Orders that defendants' counsel may depose Sean Ellis, committed to the Massachusetts Department of Correction and presently confined at the Souza Baranowski Correctional Center ("SBCC") at 1 Harvard Road, P.O. Box 8000, in Shirley, Massachusetts pursuant to Fed. R. Civ. P. 30(a)(2) on a date to be mutually agreed upon by counsel for both parties, before a certified court reporter.

Dated:

_____
Honorable Nancy Gertner
Judge, United States District Court
District of Massachusetts