UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11221 NG

------------------------------------------------------------
SEAN ELLIS

             Plaintiff

V.

KATHLEEN M. DENNEHY, LOIS RUSSO,
in their official capacities as a Commissioner and
Superintendent respectively of the Commonwealth of Massachusetts;
THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

             Defendants
------------------------------------------------------------

**PLAINTIFF S CONDITIONAL MOTION FOR THE ISSUANCE OF A *WRIT OF HABEAS CORPUS AD TESTIFICANDUM***

     Plaintiff moves conditionally for a *Writ of Habeas Corpus Ad Testificandum* to issue to bring the Plaintiff into court for the scheduled 18 October 2005 preliminary injunction hearing in this matter if this Court will be conducting on that date an evidentiary hearing to determine the sincerity of Plaintiff s religious beliefs.

     The Plaintiff submits the following:

     1.    Plaintiff has filed a Motion for Preliminary Injunction in this matter to get access to documents consisting of the *Five Percenter* newspaper and the basic religious tenets of the Nation of Gods and Earths consisting of the *120 degrees*, *The Supreme Mathematics*, and *The Supreme Alphabet*. The one fact that cannot be proven solely by the Plaintiff s evidence submitted in support of his Motion for Preliminary Injunction is the sincerity of the Plaintiff s religious beliefs. If this court intends to go forward with an evidentiary hearing on 18 October

2005 on the Motion for Preliminary Injunction, then Plaintiff respectfully states that he must be present in court so that he may testify and be examined as to the sincerity of his religious beliefs. Plaintiff at this point does not know whether the 18 October hearing will be solely on the present Motion as filed to determine if Plaintiff s testimony is necessary at a further evidentiary hearing or whether this 18 October hearing itself will take testimony on the issue of the sincerity of his religious beliefs.

THEREFORE, If the Court will conduct an evidentiary hearing on 18 October regarding Plaintiff s Motion for a Preliminary Injunction to determine the sincerity of the Plaintiff s religious beliefs, then Plaintiff respectfully submits that his testimony be made available by the issuance of a *Writ of Habeas Corpus Ad Testificandum* to bring him into court on 18 October from the following prison:

Mr. Sean K. Ellis
W-59259
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff's Counsel certifies that Counsel for the parties have conferred via correspondence regarding the issue presented in the above Motion and that Defendants  Counsel did not assent to the Motion.

Plaintiff by his attorney,

/s/ Valeriano Diviacchi
Valeriano Diviacchi
BBO# 555940
Diviacchi Law Office
59 Temple Place   Suite 507
Boston, MA 02111
(617) 542-3175                                              Date:
fax: 617-542-3110
e-mail: val@diviacchi.com