UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,                                                                C.A. No. 05-11221-NG

    Plaintiff

    v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

    Defendants.

### DEFENDANTS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Joan T. Kennedy, counsel for defendants in the above-captioned civil action, hereby certify as follows:

1. Due to the exigency that the Court's Order presents, I have not conferred with plaintiff's counsel, Valierano Diviacchi, Esq., of Diviacchi Law Office, via telephone or email regarding the attached emergency motion for clarification or modification of the Court's electronic Order filed earlier today at 4 PM.

2. Should plaintiff's counsel possess an entirely different recollection of yesterday's Court proceeding of October 18, 2005, defendants certainly would not oppose his right to file a timely opposition.

*Signed under the pains and penalties of perjury this 19th day of October, 2005.*

                                                                                                       s/ Joan T. Kennedy
                                                                                                         Joan T. Kennedy

## CERTIFICATE OF SERVICE

  I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic filing of same, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: October 19, 2005      _____/s/ Joan T. Kennedy_____
                 Joan T. Kennedy