UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEAN ELLIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KATHLEEN DENNEHY, )<br>LOIS RUSSO, )<br>THE COMMONWEALTH OF MASSACHUSETTS)<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. )<br>) | District Court Docket No.<br>05-CV-11221-NG |

### ORDER TO DEPOSE THE PLAINTIFF SEAN ELIS

Pursuant to Fed. R. Civ. P. 30(a)(2), the Court hereby Orders that defendants' counsel may depose Sean Ellis, committed to the Massachusetts Department of Correction and presently confined at the Souza Baranowski Correctional Center ("SBCC") at 1 Harvard Road, P.O. Box 8000, in Shirley, Massachusetts pursuant to Fed. R. Civ. P. 30(a)(2) on a date to be mutually agreed upon by counsel for both parties, before a certified court reporter.

Dated: 10/18/05

_____
Honorable Nancy Gertner
Judge, United States District Court
District of Massachusetts