UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the Warden at **SOUZA-BARANOWSKI CORRECTIONAL CENTER**   AND ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF **SEAN ELLIS**

YOU ARE COMMANDED to have the body of **SEAN ELLIS** now in your custody, before the United States District Court for the District of Massachusetts, **Courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **DECEMBER 20, 2005 , at 1:00PM** for the purpose of a HEARING in the case of

**SEAN ELLIS V. KATHLEEN M. DENNEHY, ET AL   CA  05-11221-NG**

And you are to retain the body of said **SEAN ELLIS** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **SEAN ELLIS** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 8TH day of DECEMBER  2005.

 S/Nancy Gernter
UNITED STATES DISTRICT JUDGE

SARA A.. THORNTON,
CLERK

SEAL

By s/Maryellen Molloy
Deputy Clerk