UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,                                                                  C.A. No. 05-11221-NG

      Plaintiff

      v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

      Defendants.

### ASSENTED-TO MOTION TO CONTINUE THE DECEMBER 20, 2005 PRELIMINARY INJUNCTION HEARING

Defendants, with the assent of plaintiff's counsel, request that the Court continue the December 20, 2005 preliminary injunction hearing. As reasons for this continuance, the parties state continuing the hearing will facilitate settlement of the above-entitled civil action and would be the better allocation of the Court's valuable time.

WHEREFORE:  Defendants respectfully request that the Court continue the December 20, 2005 hearing to a future date approximately thirty (30) days from now.

For the Plaintiff, SEAN ELLIS

_/s/Valierano Diviacchi_____
Valierano Diviacchi, Esq.
BBO# 555940
DIVIACCHI LAW OFFICE

59 Temple Place, Suite #507
Boston, MA 02111-1307
(617) 542-3175

Date:  December 15, 2005


For the Defendants, LOIS RUSSO, KATHLEEN DENNEHY

NANCY ANKERS WHITE
Special Assistant Attorney General


_____
Joan T. Kennedy, Counsel
BBO# 554935
Department of Correction Legal Division
70 Franklin Street, Suite #600
Boston, MA 02110-1300
Tel. (617) 727-3300, Ext. 160

Date:  December 15, 2005


CERTIFICATE OF SERVICE

    I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic mail, after conferring with him personally, to him at:  Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: December 15, 2005      /s/ Joan T. Kennedy_____
                                       Joan T. Kennedy