UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SEAN ELLIS,                                                                C.A. No. 05-11221-NG

    Plaintiff

    v.

KATHLEEN DENNEHY, LOIS RUSSO,
COMMONWEALTH OF MASSSACHUSETTS
DEPARTMENT OF CORRECTION,

    Defendants.

**DEFENDANTS' MOTION TO CANCEL THE HABEAS CORPUS MITTIMUS ISSUED BY THE COURT FOR THE DECEMBER 20, 2005 PRELIMINARY INJUNCTION HEARING**

    Defendants request that the Court cancel the habeas corpus mittimus it issued on December 8, 2005 to bring the plaintiff, Sean Ellis, held at the Souza Baranowski Correctional Center in Shirley, Massachusetts, before the Court on December 20, 2005.

    As grounds for this, defendants state that the parties have filed, contemporaneously with this motion, an assented-to motion to continue the December 20, 2005 hearing. Should the parties fail to reach an accord, upon the Court's rescheduling of the preliminary injunction hearing, another habeas corpus mittimus can issue for that date.

    WHEREFORE: Defendants respectfully request that the Court allow their motion to cancel the habeas corpus mittimus for the December 20, 2005.

        Respectfully submitted,

        NANCY ANKERS WHITE
        Special Assistant Attorney General

Dated: December 15, 2005        /s/ Joan T. Kennedy
        Joan T. Kennedy, Counsel
        BBO#554935
        Legal Division
        Department of Correction
        70 Franklin Street, Suite #600
        Boston, MA 02110-1300
        Tel. (617) 727-3300, Ext. 160

## CERTIFICATE OF SERVICE

I, Joan T. Kennedy, counsel for the defendants hereby certify that on this day I served a copy of the foregoing document to plaintiff's counsel, Valierano Diviacchi, Esq., by electronic filing, to him at: Diviacchi Law Office, 59 Temple Place, Suite #507, Boston, MA 02111-1307.

Dated: December 15, 2005        /s/ Joan T. Kennedy
        Joan T. Kennedy