UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEAN ELLIS, )<br>      )<br>    Plaintiff )<br>      )<br>v.    )<br>      )<br>KATHLEEN DENNEHY, )<br>LOIS RUSSO, )<br>      )<br>    Defendants. )<br>      ) | District Court Docket No.<br>05-CV-11221-NG |

STIPULATION OF DISMISSAL

Pursuant to Fed. R.Civ.P. 41(a)(1)(ii), plaintiff and the defendants hereby stipulate, consent and agree that the above-captioned action is dismissed with prejudice and with each party waiving their rights of appeal, if any.

| For The Plaintiff | For The Defendants |
|---|---|
| SEAN ELLIS | KATHLEEN DENNEHY, LOIS RUSSO |
| By his attorney: | By their attorneys:<br>NANCY ANKERS WHITE<br>SPECIAL ASSISTANT ATTORNEY GENERAL |
| /s/ Valeriano Diviacchi<br>Valeriano Diviacchi<br>BBO# 555940<br>Diviacchi Law Office<br>59 Temple Place, Suite #507<br>Boston, MA 02111<br>(617) 542-3175 | /s/ Joan T. Kennedy<br>Joan T. Kennedy<br>BBO# 554935<br>Legal Division, Department of Correction<br>70 Franklin Street, Suite #600<br>Boston, MA 02110<br>(617) 727-3300, ext. 160 |
| Dated: 12/30/05 | Dated: 12/09/05 |